UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JAN 27  AM 11: 09

CLERK
SO. DIST. OF GA.

| IN RE: | W. PASCHAL BIGNAULT | ) | MISC. CASE NO. |
|---|---|---|---|
| | GA BAR NO. 056862 | ) | |

MC 403-025

### PETITION TO BE REINSTATED OR READMITTED AS A MEMBER OF THE BAR OF THIS COURT

**COMES NOW, W. PASCHAL BIGNAULT**, Movant herein and files this his *Petition to Be Reinstated or Readmitted As A Member of the Bar of This Court* and shows this Honorable Court the following:

1.

For many years Movant had no occasion to practice before said Court and Movant's schedule demanded that he be out of state approximately fifty (50%) percent of the business days during each month.

2.

On May 27, 2003, Movant requested an *Order* allowing him to withdraw as a practicing member of the Bar of this Court. The attached *Order* marked as "Exhibit A" was granted.

3.

Due to many circumstances, Movant's practice now requires that he be present in the Southern District most of each business month.

**THEREFORE**, Movant specifically requests an *Order* reinstating him as a practicing member of the Bar of this Court.

This __27__ day of January, 2006.

BIGNAULT & CARTER

/s/ W. Paschal Bignault

W. PASCHAL BIGNAULT, MOVANT
GA BAR NO. 056862

**PARK SOUTH - UNIT E10**
**7505 WATERS AVENUE**
**SAVANNAH, GEORGIA 31406**
**TELEPHONE  : (912) 356-0388**
**FACSIMILE   : (912) 356-0399**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

IN RE :   W. PASCHAL BIGNAULT   )   Misc. Case No. **MC403-025**
          Ga. Bar #056862       )

### ORDER

JUN 1 3 2003

Before the Court is the request of Mr. W. Paschal Bignault to withdraw as a member of the Bar of this Court. The request is hereby **approved**. Mr. W. Paschal Bignault's name shall be removed from the roll of attorneys constituting the Bar of this Court.

**SO ORDERED** this _12th_ day of _June_, 2003.

_____
CHIEF UNITED STATES DISTRICT CT JUDGE

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2003 JUN 12 AM 9:07
CLERK
SO. DIST. OF GA.

"Exhibit A"