IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
ALL DIVISIONS

IN RE:   W. PASCHAL BIGNAULT                MC403-025
         GA BAR NO. 056862

### ORDER

In the captioned matter, **W. PASCHAL BIGNAULT**, has requested the Court for reinstatement as an attorney duly authorized to practice law in the Southern District of Georgia.

After careful consideration, the Clerk is hereby directed to reenter the name of **W. PASCHAL BIGNAULT**, in the rolls of practitioners of the Southern District of Georgia.

**SO ORDERED**, this ___15th___ day of February, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA